CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 11 2008

JOHN F. CORCORAN, CLERK
BY: H McDonald
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES D. BRISCOE,<br>    Plaintiff, | Civil Action No. 7:08cv00204 |
| v. | ORDER |
| DOCTOR SHAWDRY, et al.,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's claims regarding his placement in administrative segregation shall be and hereby are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1). In due course, the magistrate judge will issue an appropriate order regarding plaintiff's remaining claims of denial of medical treatment.

The Clerk of the Court is directed to send certified copies of this order and accompanying memorandum opinion to plaintiff.

**ENTER**: This 11th day of March, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge